# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE
## RECORD

_2nd_

Fax to Cathy S. Lusk, 12th Court of Appeals, Tyler, TX. Fax # (903) 593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/3/2015 12:08:20 PM
PAM ESTES
Clerk

Court of Appeals No. (If Known): 12-15-00175-CV

Trial Court Style: BROWN EYED GIRL, LLC vs.TRUCK INSURANCE EXCHANGE

Trial Court & County: 114th District Court Smith Trial Court No.: 11-3019-B/S1

Date Trial Clerk's Record Originally Due: 9|8|2015

Date Court Reporter's/Recorder's Record Originally Due: 9|8|2015

Anticipated Number of Pages of Record: Unknown

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason(s): (check all that apply – attach additional pages if necessary)

☐ To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record

☐ My duties listed below preclude working on this record

☑ Attorney believes case will settle. Clerk needs additional time to file due to unforseen circumstances.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by, And I **hereby request an additional 30 days** within which to prepare the record. TEX.R.APP.P.37.3.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date: 9/3/2015

Phone Number: 903-590-1677

/S/ Karen Hisel
_____
/S/ Karen Hisel
Deputy Clerk

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements:*   A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:

| Lead Counsel for **APPELLANT(S):** | | Lead Counsel for **APPELLEE(S):** | |
|---|---|---|---|
| Name: | GEORGE CHANDLER | Name: | TERRY WOMAC |
| Address: | PO BOX 340 LUFKIN TX 75902 | Address: | 1300 POST OAK BLVD SUITE 2500 HOUSTON TX 77056 |
| Phone #: | 409-632-7778 | Phone #: | 713-623-0887 |
| Attorney For: | BROWN EYED GIRL, LLC | Attorney For: | TRUCK INSURANCE EXCHANGE |